IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENNIFER CAROL WEBB, KATELYN MARIE WEBB<br><br>Plaintiffs,<br><br>v.<br><br>TRAVES CHARLES WRIGHT,<br><br>Defendant. | Case No. 6:21-cv-00469-ADA-DTG |

## ORDER CONCERNING FINAL PRETRIAL CONFERENCE MOTIONS

Before the Court are Defendant's *Daubert* motion and the parties' respective motions *in limine*. The Court held a Final Pretrial Conference concerning these motions on October 20, 2022. During that hearing, the Court heard oral arguments and provided oral rulings on each of the motions. The Court now enters those rulings.

### *Daubert* Motion

| Defendant's Motions | Ruling |
|---|---|
| Motion to Exclude the Testimony of Plaintiffs' Expert Dr. S. Roger Parthasarathy (ECF No. 20) | DENIED |

### Motions in *Limine*

| Plaintiff's Motions *in Limine* | Ruling |
|---|---|
| Motion *in Limine* No. 1, 2, 7, 8, 11, 12, 18, 19, 20, 21, 22, 28, 29, 30, and 31. | GRANTED as unopposed |
| Motion *in Limine* No. 3 | GRANTED |
| Motion *in Limine* No. 4 | GRANTED.  Plaintiff noted no objection to asking how Plaintiff got to her doctors. |

| Plaintiff's Motions *in Limine* | Ruling |
|---|---|
| Motion *in Limine* No. 5 | GRANTED but limited to bringing up amounts in pleadings or discovery. |
| Motion *in Limine* No. 6 | GRANTED as applicable to both sides. |
| Motion *in Limine* No. 9 | GRANTED |
| Motion *in Limine* No. 10 | GRANTED |
| Motion *in Limine* No. 13 | GRANTED but Defendants are allowed to ask about when plaintiff retained counsel. |
| Motion *in Limine* No. 14 | GRANTED |
| Motion *in Limine* No. 15 | GRANTED as unopposed |
| Motion *in Limine* No. 16 | GRANTED--but Defendant can argue that the jury was not shown any admissible evidence of a specific element even if the evidence was kept out over objection. |
| Motion *in Limine* No. 17 | GRANTED but the parties are free to argue what they believe the other parties' evidence is trying to accomplish. |
| Motion *in Limine* No. 23 | DENIED |
| Motion *in Limine* No. 24 | GRANTED but parties can argue what the lawyer *believes* the evidence suggests. |
| Motion *in Limine* No. 25 | DENIED |
| Motion *in Limine* No. 26 | GRANTED |
| Motion *in Limine* No. 27 | DENIED |
| Motion *in Limine* No. 32 | DENIED |
| Motion *in Limine* No. 33 | GRANTED |
| Motion *in Limine* No. 34 | WITHDRAWN |
| Motion *in Limine* No. 35 | DENIED |

| Defendant's Motion *in Limine* | Ruling |
|---|---|
| Motion *in Limine* No. 1 | GRANTED |
| Motion *in Limine* No. 2 | GRANTED as unopposed |
| Motion *in Limine* No. 3 | GRANTED |
| Motions *in Limine* Nos. 4 - 22 | GRANTED as unopposed |

SO ORDERED, this 20th day of October, 2022.

Derek T. Gilliland
United States Magistrate Judge